**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Daniel James Hoffman | CHAPTER 7 |
| Melissa Ashley Hoffman fka | |
| Melissa Ashley Taylor | BKY. NO. 23-12602 AMC |
| Debtor(s) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

Respectfully submitted,

/s/ Mark A. Cronin
Mark Cronin
20 Sep 2023, 13:36:23, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 33fe36ab494054fdb41495d1ac541b9cfa748efecd17ad0c50447af0c769ef14