**UPHS**  
3400 Spruce Street  
Philadelphia, PA 19104 United States of America

Number: 8007450  
Check Date: 07/14/2023

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Daniel J. Hoffman  
3004 Brighton Street  
Philadelphia, PA 19149  
US

Net Pay 1081.35

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Daniel J. Hoffman | 9991 | 514765 | PAH | A4303 | 07/08/2023 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 2147.96 | 29393.64 |
| Total Deductions | | 1066.49 | 14689.70 |
| Total Net | | 1081.35 | 14703.22 |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| COVID19 Leave/Loan | | | | 1242.24 |
| Healthy Reward Credit | | | | 175.00 |
| Imputed Income | | 0.12 | 0.12 | 0.72 |
| Legal Holiday | 8.00 | 25.17 | 214.78 | 1050.68 |
| Personal Holiday PAH/HM | | | | 830.71 |
| Regular Pay | 40.00 | 25.17 | 1073.92 | 22750.67 |
| Sick Pay | | | | 414.08 |
| Vacation Pay | 32.00 | 25.17 | 859.14 | 2929.54 |
| Total | 80.00 | | 2147.96 | 29393.64 |

### Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 174.85 | 2391.47 |
| MEDICARE TAX EE PAID | 27.47 | 376.70 |
| PA Unemployment EE | 1.51 | 20.58 |
| PENNSYLVANIA STATE TAX | 58.17 | 797.57 |
| PHILADELPHIA TAX | 81.41 | 1114.02 |
| SOCIAL SECURITY TAX - Employee | 117.48 | 1610.73 |

| | Total | 460.89 | 6311.07 |
|---|---|---|---|

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 2.13 | 28.78 |
| *Delta Dental | 18.48 | 258.72 |
| *Health Care Flex - Even | 30.77 | 30.77 |
| *Health Care Flex - Odd | | 375.05 |
| *Penn Care | 195.00 | 2627.56 |
| *SEPTA | | 60.00 |
| *Vision Service Plan | 6.66 | 93.24 |
| Total | 253.04 | 3474.12 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Dependent Life Ins - Children | 2.77 | 38.78 |
| Dependent Life Ins - Spouse | 3.09 | 19.21 |
| MISC 02 FLAT | 332.16 | 4650.24 |
| Short Term Disability Post Tax | 11.15 | 150.51 |
| Supplemental Life Insurance | 3.39 | 45.77 |
| Total | 352.56 | 4904.51 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx0053 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx8071 | PNCBANK, NATIONAL ASSOCIATION | 1081.35 |

UPHS  
3400 Spruce Street  
Philadelphia, PA 19104 United States of America

Number 8039597  
Check Date 07/28/2023

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Daniel J. Hoffman  
3004 Brighton Street  
Philadelphia, PA 19149  
US

Net Pay 1163.11

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Daniel J. Hoffman | 9991 | 514765 | PAH | A4303 | 07/22/2023 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 2272.96 | 31666.60 |
| Total Deductions | | 1109.73 | 15799.43 |
| Total Net | | 1163.11 | 15866.33 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| COVID19 Leave/Loan | | | | 1242.24 |
| Healthy Reward Credit | | 125.00 | 125.00 | 300.00 |
| Imputed Income | | 0.12 | 0.12 | 0.84 |
| Legal Holiday | | | | 1050.68 |
| Personal Holiday PAH/HM | | | | 830.71 |
| Regular Pay | 80.00 | 25.17 | 2147.84 | 24898.51 |
| Sick Pay | | | | 414.08 |
| Vacation Pay | | | | 2929.54 |
| Total | 80.00 | | 2272.96 | 31666.60 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 189.85 | 2581.32 |
| MEDICARE TAX EE PAID | 29.29 | 405.99 |
| PA Unemployment EE | 1.59 | 22.17 |
| PENNSYLVANIA STATE TAX | 62.01 | 859.58 |
| PHILADELPHIA TAX | 86.15 | 1200.17 |
| SOCIAL SECURITY TAX - Employee | 125.24 | 1735.97 |

Total 494.13 6805.20

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 2.13 | 30.91 |
| *Delta Dental | 18.48 | 277.20 |
| *Health Care Flex - Even | 30.77 | 61.54 |
| *Health Care Flex - Odd | | 375.05 |
| *Penn Care | 195.00 | 2822.56 |
| *SEPTA | 10.00 | 70.00 |
| *Vision Service Plan | 6.66 | 99.90 |
| Total | 263.04 | 3737.16 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Dependent Life Ins - Children | 2.77 | 41.55 |
| Dependent Life Ins - Spouse | 3.09 | 22.30 |
| MISC 02 FLAT | 332.16 | 4982.40 |
| Short Term Disability Post Tax | 11.15 | 161.66 |
| Supplemental Life Insurance | 3.39 | 49.16 |
| Total | 352.56 | 5257.07 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx0053 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx8071 | PNCBANK, NATIONAL ASSOCIATION | 1163.11 |

UPHS
3400 Spruce Street
Philadelphia, PA 19104 United States of America

Number 8071966
Check Date 08/11/2023

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Daniel J. Hoffman
3004 Brighton Street
Philadelphia, PA 19149
US

Net Pay 1081.35

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Daniel J. Hoffman | 9991 | 514765 | PAH | A4303 | 08/05/2023 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 2147.96 | 33814.56 |
| Total Deductions | | 1066.49 | 16865.92 |
| Total Net | | 1081.35 | 16947.68 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| COVID19 Leave/Loan | | | | 1242.24 |
| Healthy Reward Credit | | | | 300.00 |
| Imputed Income | | 0.12 | 0.12 | 0.96 |
| Legal Holiday | | | | 1050.68 |
| Personal Holiday PAH/HM | | | | 830.71 |
| Regular Pay | 80.00 | 25.17 | 2147.84 | 27046.35 |
| Sick Pay | | | | 414.08 |
| Vacation Pay | | | | 2929.54 |
| Total | 80.00 | | 2147.96 | 33814.56 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 174.85 | 2756.17 |
| MEDICARE TAX EE PAID | 27.48 | 433.47 |
| PA Unemployment EE | 1.50 | 23.67 |
| PENNSYLVANIA STATE TAX | 58.17 | 917.75 |
| PHILADELPHIA TAX | 81.41 | 1281.58 |
| SOCIAL SECURITY TAX - Employee | 117.48 | 1853.45 |
| Total | 460.89 | 7266.09 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 2.13 | 33.04 |
| *Delta Dental | 18.48 | 295.68 |
| *Health Care Flex - Even | 30.77 | 92.31 |
| *Health Care Flex - Odd | | 375.05 |
| *Penn Care | 195.00 | 3017.56 |
| *SEPTA | | 70.00 |
| *Vision Service Plan | 6.66 | 106.56 |
| Total | 253.04 | 3990.20 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Dependent Life Ins - Children | 2.77 | 44.32 |
| Dependent Life Ins - Spouse | 3.09 | 25.39 |
| MISC 02 FLAT | 332.16 | 5314.56 |
| Short Term Disability Post Tax | 11.15 | 172.81 |
| Supplemental Life Insurance | 3.39 | 52.55 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx0053 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx8071 | PNCBANK, NATIONAL ASSOCIATION | 1081.35 |

Total  1081.35

UPHS
3400 Spruce Street
Philadelphia, PA 19104 United States of America

Number  8104183
Check Date  08/25/2023

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Daniel J. Hoffman
3004 Brighton Street
Philadelphia, PA 19149
US

Net Pay  1071.35

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Daniel J. Hoffman | 9991 | 514765 | PAH | A4303 | 08/19/2023 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 2147.96 | 35962.52 |
| Total Deductions | | 1076.49 | 17942.41 |
| Total Net | | 1071.35 | 18019.03 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| COVID19 Leave/Loan | | | | 1242.24 |
| Healthy Reward Credit | | | | 300.00 |
| Imputed Income | | 0.12 | 0.12 | 1.08 |
| Legal Holiday | | | | 1050.68 |
| Personal Holiday PAH/HM | | | | 830.71 |
| Regular Pay | 56.00 | 25.17 | 1503.49 | 28549.84 |
| Sick Pay | 16.00 | 25.17 | 429.57 | 843.65 |
| Vacation Pay | 8.00 | 25.17 | 214.78 | 3144.32 |
| Total | 80.00 | | 2147.96 | 35962.52 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 174.85 | 2931.02 |
| MEDICARE TAX EE PAID | 27.47 | 460.94 |
| PA Unemployment EE | 1.50 | 25.17 |
| PENNSYLVANIA STATE TAX | 58.17 | 975.92 |
| PHILADELPHIA TAX | 81.41 | 1362.99 |
| SOCIAL SECURITY TAX - Employee | 117.49 | 1970.94 |
| Total | 460.89 | 7726.98 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 2.13 | 35.17 |
| *Delta Dental | 18.48 | 314.16 |
| *Health Care Flex - Even | 30.77 | 123.08 |
| *Health Care Flex - Odd | | 375.05 |
| *Penn Care | 195.00 | 3212.56 |
| *SEPTA | 10.00 | 80.00 |
| *Vision Service Plan | 6.66 | 113.22 |
| Total | 263.04 | 4253.24 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Dependent Life Ins - Children | 2.77 | 47.09 |
| Dependent Life Ins - Spouse | 3.09 | 28.48 |
| MISC 02 FLAT | 332.16 | 5646.72 |
| Short Term Disability Post Tax | 11.15 | 183.96 |
| Supplemental Life Insurance | 3.39 | 55.94 |

| Total | |
|---|---|
| | 1071.35 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx0053 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx8071 | PNCBANK, NATIONAL ASSOCIATION | 1071.35 |