UPHS  
3400 Spruce Street  
Philadelphia, PA 19104 United States of America

Number 7983477  
Check Date 07/14/2023

VOID VOID VOID VOID VOID VOID VOID VOID

Pay to the order of

Melissa Hoffman  
3004 Brighton St  
Philadelphia, PA 19149  
US

Net Pay 1224.70

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Melissa Hoffman | 0533 | 608550 | PAH | A4303 | 07/08/2023 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 1660.80 | 22778.32 |
| Total Deductions | | 436.10 | 6198.59 |
| Total Net | | 1224.70 | 16579.73 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| COVID19 Leave/Loan | | | | 319.38 |
| Healthy Reward Credit | | | | 175.00 |
| Jury Duty | | | | 159.69 |
| Legal Holiday | 8.00 | 20.76 | 166.08 | 811.23 |
| Personal Holiday PAH/HM | 6.00 | 20.76 | 124.56 | 489.86 |
| Regular Pay | 40.00 | 20.76 | 830.40 | 19010.47 |
| Sick Pay | | | | 953.55 |
| Vacation Pay | 26.00 | 20.76 | 539.76 | 859.14 |
| Total | 80.00 | | 1660.80 | 22778.32 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 164.50 | 2256.45 |
| MEDICARE TAX EE PAID | 24.07 | 330.10 |
| PA Unemployment EE | 1.16 | 15.94 |
| PENNSYLVANIA STATE TAX | 50.96 | 698.93 |
| PHILADELPHIA TAX | 62.94 | 863.26 |
| SOCIAL SECURITY TAX - Employee | 102.91 | 1411.45 |

| | Total | 406.54 | 5576.13 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 0.96 | 13.05 |
| *DC UPHS EE P w Match Fidelity | 16.61 | 226.05 |
| *SEPTA | | 60.00 |
| Total | 17.57 | 299.10 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Employee Spending Deduction | | 161.35 |
| Short Term Disability Post Tax | 9.20 | 124.12 |
| Supplemental Life Insurance | 2.79 | 37.89 |
| Total | 11.99 | 323.36 |

## Company Deductions

| Description | Current | Year to Date |
|---|---|---|
| DC UPHS ER P Match Fidelity | 16.61 | 226.05 |
| Total | 16.61 | 226.05 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx0053 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx8071 | PNCBANK, NATIONAL ASSOCIATION | 1224.70 |

UPHS
3400 Spruce Street
Philadelphia, PA 19104 United States of America

Number 8015935
Check Date 07/28/2023

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Melissa Hoffman
3004 Brighton St
Philadelphia, PA 19149
US

Net Pay  1287.48

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Melissa Hoffman | 0533 | 608550 | PAH | A4303 | 07/22/2023 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 81.00 | 1816.94 | 24595.26 |
| Total Deductions | | 529.46 | 6728.05 |
| Total Net | | 1287.48 | 17867.21 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| COVID19 Leave/Loan | | | | 319.38 |
| Healthy Reward Credit | | 125.00 | 125.00 | 300.00 |
| Jury Duty | | | | 159.69 |
| Legal Holiday | | | | 811.23 |
| Overtime 1.5x FLSA | 1.00 | 20.76 | 31.14 | 31.14 |
| Personal Holiday PAH/HM | | | | 489.86 |
| Regular Pay | 80.00 | 20.76 | 1660.80 | 20671.27 |
| Sick Pay | | | | 953.55 |
| Vacation Pay | | | | 859.14 |
| Total | 81.00 | | 1816.94 | 24595.26 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 181.16 | 2437.61 |
| MEDICARE TAX EE PAID | 26.33 | 356.43 |
| PA Unemployment EE | 1.28 | 17.22 |
| PENNSYLVANIA STATE TAX | 55.75 | 754.68 |
| PHILADELPHIA TAX | 68.86 | 932.12 |

| | Current | Year to Date |
|---|---|---|
| SOCIAL SECURITY TAX - Employee | 112.59 | 1524.04 |
| Total | 445.97 | 6022.10 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 0.96 | 14.01 |
| *DC UPHS EE P w Match Fidelity | 33.84 | 259.89 |
| *SEPTA | 10.00 | 70.00 |
| Total | 44.80 | 343.90 |

### Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403(b) Fidelity Loan 01 | 26.70 | 26.70 |
| Employee Spending Deduction | | 161.35 |
| Short Term Disability Post Tax | 9.20 | 133.32 |
| Supplemental Life Insurance | 2.79 | 40.68 |
| Total | 38.69 | 362.05 |

### Company Deductions

| Description | Current | Year to Date |
|---|---|---|
| DC UPHS ER P Match Fidelity | 33.84 | 259.89 |
| Total | 33.84 | 259.89 |

### Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx0053 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx8071 | PNCBANK, NATIONAL ASSOCIATION | 1287.48 |

UPHS
3400 Spruce Street
Philadelphia, PA 19104 United States of America

Number 8048113
Check Date 08/11/2023

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Melissa Hoffman
3004 Brighton St
Philadelphia, PA 19149
US

**Net Pay** 1190.83

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Melissa Hoffman | 0533 | 608550 | PAH | A4303 | 08/05/2023 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.50 | 1671.18 | 26266.44 |
| Total Deductions | | 480.35 | 7208.40 |
| Total Net | | 1190.83 | 19058.04 |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| COVID19 Leave/Loan | | | | 319.38 |
| Healthy Reward Credit | | | | 300.00 |
| Jury Duty | | | | 159.69 |
| Legal Holiday | | | | 811.23 |
| Overtime 1.5x FLSA | | | | 31.14 |
| Personal Holiday PAH/HM | | | | 489.86 |
| Regular Pay | 76.00 | 20.76 | 1577.76 | 22249.03 |
| Sick Pay | 4.50 | 20.76 | 93.42 | 1046.97 |
| Vacation Pay | | | | 859.14 |
| Total | 80.50 | | 1671.18 | 26266.44 |

### Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 163.72 | 2601.33 |
| MEDICARE TAX EE PAID | 24.22 | 380.65 |
| PA Unemployment EE | 1.17 | 18.39 |
| PENNSYLVANIA STATE TAX | 51.28 | 805.96 |
| PHILADELPHIA TAX | 63.34 | 995.46 |
| SOCIAL SECURITY TAX - Employee | 103.55 | 1627.59 |
| Total | 407.28 | 6429.38 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 0.96 | 14.97 |
| *DC UPHS EE P w Match Fidelity | 33.42 | 293.31 |
| *SEPTA | | 70.00 |
| Total | 34.38 | 378.28 |

### Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403(b) Fidelity Loan 01 | 26.70 | 53.40 |
| Employee Spending Deduction | | 161.35 |
| Short Term Disability Post Tax | 9.20 | 142.52 |
| Supplemental Life Insurance | 2.79 | 43.47 |
| Total | 38.69 | 400.74 |

### Company Deductions

| Description | Current | Year to Date |
|---|---|---|
| DC UPHS ER P Match Fidelity | 33.42 | 293.31 |
| Total | 33.42 | 293.31 |

**Auto Deposit Distributions**

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx0053 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx8071 | PNCBANK, NATIONAL ASSOCIATION | 1190.83 |

UPHS
3400 Spruce Street
Philadelphia, PA 19104 United States of America

Number 8080475
Check Date 08/25/2023

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Melissa Hoffman
3004 Brighton St
Philadelphia, PA 19149
US

Net Pay 1173.40

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Melissa Hoffman | 0533 | 608550 | PAH | A4303 | 08/19/2023 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 1660.80 | 27927.24 |
| Total Deductions | | 487.40 | 7695.80 |
| Total Net | | 1173.40 | 20231.44 |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| COVID19 Leave/Loan | | | | 319.38 |
| Healthy Reward Credit | | | | 300.00 |
| Jury Duty | | | | 159.69 |
| Legal Holiday | | | | 811.23 |
| Overtime 1.5x FLSA | | | | 31.14 |
| Personal Holiday PAH/HM | | | | 489.86 |
| Regular Pay | 56.00 | 20.76 | 1162.56 | 23411.59 |
| Sick Pay | 16.00 | 20.76 | 332.16 | 1379.13 |
| Vacation Pay | 8.00 | 20.76 | 166.08 | 1025.22 |
| Total | 80.00 | | 1660.80 | 27927.24 |

### Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 162.50 | 2763.83 |
| MEDICARE TAX EE PAID | 24.06 | 404.71 |
| PA Unemployment EE | 1.16 | 19.55 |
| PENNSYLVANIA STATE TAX | 50.96 | 856.92 |
| PHILADELPHIA TAX | 62.94 | 1058.40 |
| SOCIAL SECURITY TAX - Employee | 102.91 | 1730.50 |
| Total | 404.53 | 6833.91 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 0.96 | 15.93 |
| *DC UPHS EE P w Match Fidelity | 33.22 | 326.53 |
| *SEPTA | 10.00 | 80.00 |
| Total | 44.18 | 422.46 |

### Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403(b) Fidelity Loan 01 | 26.70 | 80.10 |
| Employee Spending Deduction | | 161.35 |
| Short Term Disability Post Tax | 9.20 | 151.72 |
| Supplemental Life Insurance | 2.79 | 46.26 |
| Total | 38.69 | 439.43 |

### Company Deductions

| Description | Current | Year to Date |
|---|---|---|
| DC UPHS ER P Match Fidelity | 33.22 | 326.53 |
| Total | 33.22 | 326.53 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx0053 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx8071 | PNCBANK, NATIONAL ASSOCIATION | 1173.40 |