Certificate Number: 12433-PAE-DE-037807413

Bankruptcy Case Number: 23-12602



12433-PAE-DE-037807413

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 29, 2023, at 12:19 o'clock PM EDT, Daniel J. Hoffman completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  September 29, 2023　　　　　　By:　/s/Candace Jones

　　　　　　　　　　　　　　　　　　Name:  Candace Jones

　　　　　　　　　　　　　　　　　　Title:  Counselor