Certificate Number: 12433-PAE-DE-037807412

Bankruptcy Case Number: 23-12602



12433-PAE-DE-037807412

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 29, 2023, at 12:19 o'clock PM EDT, Melissa A. Hoffman completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  September 29, 2023                By:   /s/Candace Jones

                                         Name: Candace Jones

                                         Title: Counselor