**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:    Daniel James Hoffman and Melissa Ashley Hoffman fka Melissa Ashley Taylor<br>                              Debtors<br><br>Bank of America, N.A., or its Successor or Assignee<br>                              Movant<br>                    vs.<br>ROBERT W. SEITZER, Trustee<br>Daniel James Hoffman and Melissa Ashley Hoffman fka Melissa Ashley Taylor<br>                              Respondents | Chapter 7<br>Bankruptcy No. 23-12602 |

**CERTIFICATION OF SERVICE OF MOTION FOR RELIEF
FROM AUTOMATIC STAY AND CERTIFICATION OF
SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

I, Andrew M. Lubin, attorney for the Movant, Bank of America, N.A., or its Successor or Assignee, hereby certify that I served a true and correct copy of the Motion for Relief from Automatic Stay and Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, on the 6th day of December, 2023, upon the following:

| | | |
|---|---|---|
| Daniel James Hoffman<br>3004 Brighton Street<br>Philadelphia, PA 19149<br><br>Melissa Ashley Hoffman fka Melissa Ashley Taylor<br>3004 Brighton Street<br>Philadelphia, PA19149 | DAVID M. OFFEN<br>The Curtis Center<br>601 Walnut Street<br>Suite 160 West<br>Philadelphia, PA 19106 | ROBERT W. SEITZER<br>1900 Spruce Street<br>Philadelphia, PA 19103<br><br>United States Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA19107 |

/s/ Andrew M. Lubin, Esquire
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for Bank of America, N.A.
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com