**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:   Daniel James Hoffman and Melissa Ashley Hoffman fka Melissa Ashley Taylor<br>                    Debtors<br><br>Bank of America, N.A., or its Successor or Assignee<br>                    Movant<br>           vs.<br>ROBERT W. SEITZER, Trustee<br>Daniel James Hoffman and Melissa Ashley Hoffman fka Melissa Ashley Taylor<br>                    Respondents | Chapter 7<br>Bankruptcy No. 23-12602 |

**ORDER**

AND NOW, this __3rd__ day of __January__, 20__24__, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) be, and the same hereby is, TERMINATED and/or MODIFIED to permit Bank of America, N.A., or its Successor or Assignee, to allow Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to repossess or replevy and sale of the Vehicle, namely the 2017 MAZDA CX-5 bearing VIN # JM3KFBDL3H0103598, and it is further,

ORDERED that this Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

_____
Ashely M. Chan
United States Bankruptcy Judge

cc.:

ROBERT W. SEITZER
1900 Spruce Street
Philadelphia, PA 19103

Andrew M. Lubin, Esquire
McCabe, Weisberg & Conway, LLC
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102

DAVID M. OFFEN
The Curtis Center
601 Walnut Street, Suite 160 West
Philadelphia, PA 19106

Daniel James Hoffman
3004 Brighton Street
Philadelphia, PA 19149

Melissa Ashley Hoffman fka Melissa Ashley Taylor
3004 Brighton Street
Philadelphia, PA 19149

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107