United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12602-amc |
| Daniel James Hoffman | Chapter 7 |
| Melissa Ashley Hoffman | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 03, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel James Hoffman, Melissa Ashley Hoffman, 3004 Brighton Street, Philadelphia, PA 19149-1924 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor Bank of America  N.A. nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| DAVID M. OFFEN | on behalf of Joint Debtor Melissa Ashley Hoffman dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Debtor Daniel James Hoffman dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| MARISA MYERS COHEN | on behalf of Creditor Bank of America  N.A. ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MARK A. CRONIN | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 03, 2024 | Form ID: pdf900 | Total Noticed: 1 |

ROBERT W. SEITZER
    rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:   Daniel James Hoffman and Melissa Ashley Hoffman fka Melissa Ashley Taylor<br>Debtors<br><br>Bank of America, N.A., or its Successor or Assignee<br>Movant<br>vs.<br>ROBERT W. SEITZER, Trustee<br>Daniel James Hoffman and Melissa Ashley Hoffman fka Melissa Ashley Taylor<br>Respondents | Chapter 7<br>Bankruptcy No. 23-12602 |

## ORDER

AND NOW, this **3rd** day of **January**, 20**24**, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) be, and the same hereby is, TERMINATED and/or MODIFIED to permit Bank of America, N.A., or its Successor or Assignee, to allow Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to repossess or replevy and sale of the Vehicle, namely the 2017 MAZDA CX-5 bearing VIN # JM3KFBDL3H0103598, and it is further,

ORDERED that this Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

_____
Ashely M. Chan
United States Bankruptcy Judge

cc.:
ROBERT W. SEITZER
1900 Spruce Street
Philadelphia, PA 19103

Andrew M. Lubin, Esquire
McCabe, Weisberg & Conway, LLC
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102

DAVID M. OFFEN
The Curtis Center
601 Walnut Street, Suite 160 West
Philadelphia, PA 19106

Daniel James Hoffman
3004 Brighton Street
Philadelphia, PA 19149

Melissa Ashley Hoffman fka Melissa Ashley Taylor
3004 Brighton Street
Philadelphia, PA 19149

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107