United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-12602-amc
Daniel James Hoffman  Chapter 7
Melissa Ashley Hoffman
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 09, 2024 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol  Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel James Hoffman, Melissa Ashley Hoffman, 3004 Brighton Street, Philadelphia, PA 19149-1924 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2024  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2024 at the address(es) listed below:

**Name**  **Email Address**

ANDREW M. LUBIN
    on behalf of Creditor Bank of America  N.A. nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com

DAVID M. OFFEN
    on behalf of Joint Debtor Melissa Ashley Hoffman dmo160west@gmail.com
    davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN
    on behalf of Debtor Daniel James Hoffman dmo160west@gmail.com
    davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

MARISA MYERS COHEN
    on behalf of Creditor Bank of America  N.A. ecfmail@mwc-law.com, mcohen@mwc-law.com

MARK A. CRONIN
    on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 09, 2024 | Form ID: 195 | Total Noticed: 1 |

ROBERT W. SEITZER
    rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Daniel James Hoffman and Melissa Ashley Hoffman : Case No. 23−12602−amc
    Debtor(s)

### ORDER
_____

    AND NOW, this day , February 9, 2024 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Ashely M. Chan
    Judge, United States Bankruptcy Court